In the Matter of the Estate of HENRY HUBBS, Deceased.
ALPHEUS R. PHELPS et al., Appellants; HELEN P. LEACH,
Respondent.

Argued December 4, 1940; decided December 31, 1940.

*Philip Halpern* for appellants.

*Robert J. Moore* for respondent.

Order affirmed, with costs to all parties filing briefs payable out of the estate. No opinion.

Concur: FINCH, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: LEHMAN, Ch. J., LOUGHRAN and SEARS, JJ.